| United States Bankruptcy Court<br>District of Delaware | INVOLUNTARY<br>PETITION |
|---|---|
| IN RE (Name of Debtor -- If Individual: Last, First, Middle)<br>**Exchange Applications, Inc.** | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all)<br>**Unknown** | |
| STREET ADDRESS OF DEBTOR (No., street, city, state, and zip code)<br><br>**89 South Street**<br>**Boston, MA  02111** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>N/A | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addressees) ||

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7          ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Petitioners believe:<br>☐ Debts are primarily consumer debt<br>☒ Debts are primarily business debts | TYPE OF DEBTOR<br>☐ Individual    ☒ Corporation<br>☐ Partnership<br>☐ Other: _____ |
|---|---|
| **VENUE**<br><br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | **FILING FEE**<br><br>☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in §304(g) of the Bankruptcy Reform Act of 1994 is attached. |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes)<br><br>1.  ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b)<br>2.  ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a.  ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;<br>or<br>b.  ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |
|---|---|

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

| FORM 5 Involuntary Petition (12/02) | Name of Debtor **Exchange Applications, Inc.** Case No. _____ (court use only) |

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the    transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X _____ Signature of Petitioner or Representative (State title) | X _____ 6/9/04 Signature of Attorney Mark D. Collins (#2981) Date |
|---|---|
| **Insight Venture Partners IV, L.P.**  6/8/04 By: Insight Venture Associates IV, L.L.C. Name of Petitioner                    Date Signed | **Richards, Layton & Finger, P.A.** Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | **Deven Parekh** **680 Fifth Avenue** **NY, NY 10019** ____Member____ | **One Rodney Square, Wilmington, DE 19801** Address **302-651-7700** Telephone No. |

| X _____ Signature of Petitioner or Representative (State title) | X _____ 6/9/04 Signature of Attorney Mark D. Collins (#2981) Date |
|---|---|
| **Insight Venture Partners (Cayman) IV, L.P.**   6/8/04 By: Insight Venture Associates IV, L.L.C. Name of Petitioner                    Date Signed | **Richards, Layton & Finger, P.A.** Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | **Deven Parekh** **680 Fifth Avenue** **NY, NY 10019** ____Member____ | **One Rodney Square, Wilmington, DE 19801** Address **302-651-7700** Telephone No. |

| X _____ Signature of Petitioner or Representative (State title) | X _____ 6/9/04 Signature of Attorney Mark D. Collins (#2981) Date |
|---|---|
| **Insight Venture Partners IV (Co-Investors), L.P.**  6/8/04 By: Insight Venture Associates IV, L.L.C. Name of Petitioner                    Date Signed | **Richards, Layton & Finger, P.A.** Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | **Deven Parekh** **680 Fifth Avenue** **NY, NY 10019** ____Member____ | **One Rodney Square, Wilmington, DE 19801** Address **302-651-7700** Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Insight Venture Partners IV, L.P.** 680 Fifth Avenue New York, NY 10019 | **Secured Financing** | **$10,270,000**, plus accrued and unpaid interest and other charges |
| **Insight Venture Partners (Cayman) IV, L.P.** 680 Fifth Avenue New York, NY 10019 | **Secured Financing** | **$1,372,800**, plus accrued and unpaid interest and other charges |
| **Insight Venture Partners IV (Co-Investors), L.P.** 680 Fifth Avenue New York, NY 10019 | **Secured Financing** | **$1,267,500**, plus accrued and unpaid interest and other charges |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims **Not less than $12,910,300** |

No continuation sheets attached

NY1:1516443.1