UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Involuntary Chapter 7** |
| **Exchange Applications, Inc.,** | ) |
| | )    Case No.: 04-11716 (PJW) |
| | ) |
|          **Involuntary Debtor.** | )    Response Deadline: June 29, 2004 |
| | ) |
| | )    Re: Docket No. 1 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 1

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the **Involuntary Chapter 7 Petition** (Exchange Applications, Inc.) [Docket No. 1] (the "Petition") filed and served on June 9, 2004. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Petition appears thereon. Pursuant to the Summons to Debtor in Involuntary Case [Docket No. 3], motions, answers or responses to the Petition were to be filed and served no later than June 29, 2004.

It is hereby respectfully requested that the Order attached hereto as Exhibit A be entered at the earliest convenience of the Court.

Dated: July 2, 2004
        Wilmington, Delaware

                                              Respectfully submitted,

                                              /s/ Rebecca L. Booth
                                              Mark D. Collins (No. 2981)
                                              John H. Knight (No. 3848)
                                              Rebecca L. Booth (No. 4031)
                                              RICHARDS, LAYTON & FINGER, P.A.
                                              One Rodney Square
                                              P.O. Box 551
                                              Wilmington, Delaware 19899
                                              (302) 651-7700

                                              ATTORNEYS FOR PETITIONING CREDITORS

**EXHIBIT A**

RLF1-2759666-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Involuntary Chapter 7** |
| **Exchange Applications, Inc.** | ) |
| | )    **Case No.: 04-11716 (PJW)** |
| | ) |
|          **Involuntary Debtor.** | )    Re: Docket No. 1 |

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on June 9, 2004, against Exchange Applications, Inc., an order for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, is granted.

Dated: July ____, 2004
        Wilmington, Delaware

 

                                         _____
                                         THE HONORABLE PETER J. WALSH

## CERTIFICATE OF SERVICE

I, Rebecca L. Booth, do hereby certify that on July 2, 2004 I caused a copy of the foregoing **Certification of No Objection Regarding Docket No. 1** to be served upon the party listed below in the manner indicated:

*Via First Class Mail*

Exchange Applications, Inc
C/O Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19809

*Rebecca L. Booth*
Rebecca L. Booth (No. 4031)

RLF1-2759789-1